```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 39082
   DUANE ANTHONY GREEN
   KELLY BENOIT GREEN                         CHAPTER 13

                                              JUDGE: BRUCE W BLACK
        Debtor
   SSN XXX-XX-5864      SSN XXX-XX-3829
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/20/04 and confirmed on 01/25/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 55312.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | SECURED | 600.00 | 15.07 | 600.00 |
| NETBANK | CURRENT MORTG | .00 | .00 | .00 |
| WEST SUBURBAN BANK | SECURED | 9125.52 | 272.77 | 9125.52 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 586.99 | .00 | 376.05 |
| DISCOVER BANK | UNSECURED | 10568.92 | .00 | 6770.85 |
| FIRST NATIONAL BANK OF O | UNSECURED | 11264.07 | .00 | 7216.19 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 14014.69 | .00 | 8978.34 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | 1232.39 | .00 | 789.52 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 463.40 | .00 | 296.87 |
| ROUNDUP FUNDING LLC | UNSECURED | 14116.01 | .00 | 9043.25 |
| CREDIT FIRST NA | UNSECURED | 547.55 | .00 | 350.78 |
| CREDIT FIRST NA | UNSECURED | 405.70 | .00 | 259.91 |
| ECAST SETTLEMENT CORP | UNSECURED | 797.53 | .00 | 510.93 |
| WORLD FINANCIAL NETWORK | UNSECURED | 207.98 | .00 | 133.24 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 654.76 | .00 | 419.46 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RESURGENT CAPITAL SERVIC | UNSECURED | 365.29 | .00 | 234.02 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 241.32 | .00 | 154.60 |
| ST MARY OF NAZARETH HOSP | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5154.40 | .00 | 3302.10 |
| ECAST SETTLEMENT CORP | UNSECURED | 1243.92 | .00 | 796.90 |

            Summary of disbursements:
---

```
                    SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   9725.52          .00     61864.92           .00       71590.44
PRINCIPAL PAID       9725.52          .00     39633.01           .00       49358.53
INTEREST PAID         287.84          .00          .00           .00         287.84
TOTAL PAID          10013.36          .00     39633.01           .00       49646.37
```

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    2228.63 .

Refunds to the Debtor totaled $    737.50 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE